**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH VALENTINO, et ux., | ) | ELECTRONICALLY FILED |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-1615-GLL |
| | ) | |
| vs. | ) | Honorable Gary L. Lancaster |
| | ) | |
| RANGE RESOURCES—APPALACHIA, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a), counsel for Plaintiffs and counsel for Defendant stipulate to the dismissal of this matter with prejudice, each party to bear its own costs.

SMITH BUTZ, LLC

Dated: August 25, 2010          By:     /s/ Brian A. Lawton
                                        Brian A. Lawton., Esquire
                                        125 Technology Drive, Suite 202
                                        Canonsburg, PA 15317
                                        Phone: (724) 745-5121
                                        Attorneys for Plaintiffs

                                        K&L GATES LLP

Dated: August 25, 2010          By:     /s/ Jared S. Hawk
                                        Mark D. Feczko, Esquire
                                        Jared S. Hawk, Esquire
                                        K&L Gates LLP
                                        210 Sixth Avenue
                                        Pittsburgh, PA 15222-2613
                                        Phone: (412) 355-6500
                                        Attorneys for Defendant

SO ORDERED, this __25th__ day of August, 2010.

_____
Gary L. Lancaster, Chief U.S. District Judge